UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>            Plaintiff,<br><br>    v.<br><br>QUANG VUONG, *et al.*,<br><br>            Defendants. | Cause No. C21-0301RSL<br><br>ORDER EXTENDING TIME TO RESPOND |

This matter comes before the Court on Quang Vuong's and Ha Tu Huynh's unopposed request for an extension of time in which to respond to the complaint. The motion is GRANTED. The response deadline is hereby extended to May 7, 2021.

Dated this 19th day of April, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME TO RESPOND- 1