UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>            Plaintiff,<br><br>   v.<br><br>QUANG VUONG, et al.,<br><br>            Defendants. | Cause No. C21-0301RSL<br><br>ORDER STRIKING AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |

This matter comes before the Court *sua sponte*. On April 20, 2021, plaintiff filed a First Amended Complaint for Damages. The original pleading and the answer thereto were served more than twenty-one days ago, and there is no indication that defendant provided written consent to the amendment. *See* Fed. R. Civ. P. 15(a). The amended pleading (Dkt. # 15) is therefore STRICKEN and will not be considered.

Dated this 23rd day of April, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1