UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>               Plaintiff,<br><br>     v.<br><br>QUANG VUONG, *et al.*,<br><br>               Defendants. | Cause No. C21-0301RSL<br><br>ORDER GRANTING LEAVE TO AMEND |

This matter comes before the Court on "Plaintiff's Unopposed Motion to Amend Complaint." Dkt. # 24. The motion is GRANTED. Plaintiff shall, within seven days of the date of this Order, file and serve the Second Amended Complaint.

Dated this 14th day of May, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO AMEND - 1