UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>        Plaintiff,<br><br>vs.<br><br>QUANG VUONG, HA TU HUYNH, and OSK ENTERPRISES, INC., individually,<br><br>        Defendants. | NO. C21-301RSL<br><br>ORDER OF REFERENCE ON CONSENT TO THE UNITED STATES MAGISTRATE JUDGE |

IT IS HEREBY ORDERED that the above-captioned matter be transferred to United States Magistrate Judge Theresa L. Fricke for the conduct of all further proceedings and the entry of judgment on the consent of the parties per the Joint Consent to Magistrate Judge at Dkt. #26.

All future documents filed in this case shall bear the cause number C21-301TLF.

DATED this 18th day of May, 2021.

                              /s/ Robert S. Lasnik
                              Robert S. Lasnik
                              United States District Judge

ORDER OF REFERENCE ON CONSENT TO THE UNITED STATES MAGISTRATE JUDGE